

**SEALED**

**FILED**

MAY 8 2012

Phil Lombardi, Clerk
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **FILED UNDER SEAL** |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 12-CR-00054-CVE |
| ) | |
| CODY ALLEN JONES, ) | |
| ) | |
| Defendant. ) | |

### PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Janet S. Reincke, Assistant United States Attorney for the Northern District of Oklahoma, represents to this Honorable Court that there is now pending in this Court a certain cause of action wherein the United States of America is plaintiff and **CODY ALLEN JONES** is the defendant.

Plaintiff further states that it is necessary to have **CODY ALLEN JONES** present at Tulsa, Oklahoma, forthwith for an initial appearance.

That said **CODY ALLEN JONES** at this time is a prisoner of the Oklahoma Department of Corrections, c/o Stanley Glanz, Sheriff, David L. Moss Criminal Justice Center, Tulsa, Oklahoma, and will not have been released on the date that said initial appearance is scheduled, and that said **CODY ALLEN JONES** is in the charge, custody, and under the control of the Oklahoma Department of Corrections, c/o Stanley Glanz, Sheriff, David L. Moss Criminal Justice Center, Tulsa, Oklahoma.



**WHEREFORE**, plaintiff prays that a Writ of Habeas Corpus Ad Prosequendum be issued by this Honorable Court to Oklahoma Department of Corrections, c/o Stanley Glanz, Sheriff, David L. Moss Criminal Justice Center, Tulsa, Oklahoma, that he be directed and required to deliver the body of said **CODY ALLEN JONES** to the United States Marshal for the Northern District of Oklahoma, and that said Marshal shall produce and bring the body of said **CODY ALLEN JONES** before this Court in Tulsa, Oklahoma, forthwith and that upon disposition of said cause, the Marshal shall return the body of said **CODY ALLEN JONES** to Oklahoma Department of Corrections, c/o Stanley Glanz, Sheriff, David L. Moss Criminal Justice Center, Tulsa, Oklahoma.

Respectfully submitted,

THOMAS SCOTT WOODWARD
United States Attorney

*/s/ Janet S. Reincke*

Janet S. Reincke, OBA # 11693
Assistant United States Attorney
110 West 7th Street, Suite 300
Tulsa, Oklahoma 74119
(918) 382-2700

STATE OF OKLAHOMA   )
                                    ) ss.
COUNTY OF TULSA      )

      Janet S. Reincke, Assistant United States Attorney for the Northern District of Oklahoma, being first duly sworn, and having read the above and foregoing Petition for Writ of Habeas Corpus Ad Prosequendum, states that the facts contained therein are true and correct to the best of my knowledge and belief.

_____
Janet S. Reincke
Assistant United States Attorney


      Sworn and subscribed to before me this 8th day of May, 2012.

_____
Notary Public

My commission # 05006893 expires 7/27/2018

NANCY J. DICKEY
Notary Public in and for the
State of Oklahoma
Commission #05006893
My Commission expires 7/27/2018

3