IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **FILED UNDER SEAL** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 12-CR-00054-CVE |
| | ) | |
| CODY ALLEN JONES, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER GRANTING WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Before the Court is the Petition for Writ of Habeas Corpus Ad Prosequendum (Dkt. # 4) filed herein by Janet S. Reincke, Assistant United States Attorney, whereby it appears that **CODY ALLEN JONES**, is the defendant in a certain cause in this Court and his presence is required forthwith to dispose of said cause.

It further appearing that **CODY ALLEN JONES**, is a prisoner of the Oklahoma Department of Corrections and confined in the David L. Moss Criminal Justice Center, Tulsa, Oklahoma, and is under the control and in the charge and custody of the Sheriff of said institution, and it appearing that a Writ of Habeas Corpus Ad Prosequendum ought to issue.

**IT IS THEREFORE ORDERED** that the petition (Dkt. # 4) is **granted**. A Writ of Habeas Corpus Ad Prosequendum shall issue out of and under the seal of this Court, directed to the Oklahoma Department of Corrections, c/o Stanley

c/ J. Reincke & USPO

Glanz, Sheriff, David L. Moss Criminal Justice Center, Tulsa, Oklahoma, commanding the Sheriff to deliver the body of **CODY ALLEN JONES** to the United States Marshal for the Northern District of Oklahoma, upon said Marshal's delivery to said Sheriff of said writ, and that the United States Marshal shall produce the body of **CODY ALLEN JONES** to the United States District Court forthwith in a certain cause wherein the United States of America is plaintiff and **CODY ALLEN JONES** is defendant, and that upon the termination of said cause, the United States Marshal shall return the body of said **CODY ALLEN JONES** to the Oklahoma Department of Corrections, c/o Stanley Glanz, Sheriff, David L. Moss Criminal Justice Center, Tulsa, Oklahoma.

**DATED** this 8th day of May, 2012.

_____
CLAIRE V. EAGAN
UNITED STATES DISTRICT JUDGE