# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| UNITED STATES OF AMERICA, | ) | **FILED UNDER SEAL** |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Case No. 12-CR-00054-CVE |
| CODY ALLEN JONES, | ) | |
| Defendant. | ) | |

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

**THE PRESIDENT OF THE UNITED STATES OF AMERICA TO THE:**

**UNITED STATES MARSHAL, TULSA, OKLAHOMA, and**

**OKLAHOMA DEPARTMENT OF CORRECTIONS**
**C/O STANLEY GLANZ, SHERIFF**
**DAVID L. MOSS CRIMINAL JUSTICE CENTER**
**TULSA, OKLAHOMA**

**GREETINGS:**

You are hereby commanded to deliver the body of **CODY ALLEN JONES**, by you imprisoned and now held in your custody and under your control, to the United States Marshal for the Northern District of Oklahoma, which said Marshal shall bring the body of **CODY ALLEN JONES**, to the United States District Court for the Northern District of Oklahoma, forthwith in a certain cause wherein the United States of America is plaintiff and **CODY ALLEN JONES** is defendant, and upon termination of said cause, the United States Marshal shall return **CODY**

**ALLEN JONES** to Oklahoma Department of Corrections, c/o Stanley Glanz, Sheriff, David L. Moss Criminal Justice Center, Tulsa, Oklahoma, and that thereupon, the Marshal shall then and there make return of his actions and doings on said Writ as provided by law.

Dated this 8th day of May, 2012.

PHIL LOMBARDI, Clerk
United States District Court
Northern District of Oklahoma

By: _s/ S. Cope_
Deputy