# CRIMINAL INFORMATION SHEET

Date: __5/11/2012__  Judge: ✓ MJ McCarthy   Deputy: ✓ Joan Mayes
USPO: J. Mark Ogle           MJ Cleary              Karen Perkins
                             MJ Wilson              Camie Portilloz

Case No. __12-cr-54-CVE__  USA v. __Cody Allen Jones__

Date of Arrest: __Writ__  Arrested By: __Writ__  ✓ Detention Requested by AUSA

Bail Recommendation:     ✓ Unsecured

**Additional Conditions of Release:**

  a.    b. _____  p( 1, 2, 3, 4, 5, 6 )
  c.    d..                             q( 1, 2, 3, 4, 5, 6, 7, 8 )
  e. _____         r( 1, 2, 3, 4, 5, 6 )
  f.  g.  h.  i.  j.                    s
  k.  l.  m.  n.  o.                    t (other)

Defendant Requests Federal Public Defender/Ct. Appt. Counsel:   Yes   No

Defendant's Attorney: _Stephen Greubel_           ✓ FPD;   Ct. Appt;   Ret Counsel
AUSA: Janet S. Reincke   _Ryan Souder for Reincke_
**MINUTES:**

Interpreter: _____; ☐ Sworn

☒ Defendant appears in person for IA on: ☒ Indictment; ☐ Information; ☐ Complaint; ☐ Petition; ☐ Rule 5
                         with: ☐ Ret Counsel; ☒ FPD; ☐ Ct. Appt; ☐ w/o Counsel

☒ Financial Affidavit received and FPD/CJA appointed; ☒ Present ☐ Not Present

Defendant's name as reflected in the indictment/information/complaint/petition/Rule 5 is the true and correct legal name:
  ☒ Verified in open court
  ☐ Corrected by interlineation to_____
       to reflect Defendant's true and correct name and all previous filings are amended by interlineation to reflect same.
  ☐ Unable to verify in open court: ☐ U.S. Atty. to verify & advise court; ☐ Defendant's Attorney to verify & advise court;

Waivers executed and filed:   ☐ of Indictment; ☐ of Preliminary Exam; ☒ of Detention Hearing; ☐ of Rule 5 Hearings

☐ Bond set for _____; Bond and conditions of release executed

☐ Government's Motion for Detention and Detention Hearing filed in open court

☒ Arraignment held and Defendant pleads Not Guilty; Court accepts plea; ☒ Scheduling dates to be mailed to counsel

☐ Initial Appearance continued to: _____ at _____ a.m./p.m.

☐ Arraignment scheduled: _____ at _____ a.m./p.m.

☐ Detention Hearing scheduled: _____ at _____ a.m./p.m.

☐ Preliminary Exam scheduled: _____ at _____ a.m./p.m.

☒ Defendant remanded to custody of U.S. Marshal:   ☐ Pending further proceeding; ☐ Pending release on bond for treatment
Additional Minutes: _AUSA request detention_

Criminal Information Sheet                                          CR-24 (5/12)