# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 12-CR-00054-CVE |
| ) | |
| CODY ALLEN JONES, ) | |
| ) | |
| Defendant. ) | |

## MOTION FOR DETENTION

The United States of America, pursuant to 18 U.S.C. § 3142(e), and hereby requests that the Court detain the defendant pending trial.

Respectfully submitted,

THOMAS SCOTT WOODWARD
UNITED STATES ATTORNEY

By */s/ Janet S. Reincke*
   Janet S. Reincke, OBA No. 11693
   Assistant United States Attorney
   110 West 7th Street, Suite 300
   Tulsa, Oklahoma 74119
   (918) 382-2700

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 11, 2012, I electronically submitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrant:

Stephen J. Greubel
Assistant Federal Public Defender
Attorney for Defendant

  /s/ Janet S. Reincke
Janet S. Reincke
Assistant United States Attorney