# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF OKLAHOMA

United States of America,

                Plaintiff,

vs.                                             Case Number: 12-CR-054-CVE

Cody Allen Jones,

                Defendant.

## SCHEDULING ORDER

At the direction of Claire V. Eagan, U.S. District Judge, it is hereby ordered that:

| | |
|---|---|
| Motions due: | 5-29-2012 |
| Responses due: | 6-11-2012 |
| PT/CP/Motions Hearing: | 6-21-2012     at 1:00 p.m. |
| Voir dire, jury instructions, and trial briefs due: | 7-9-2012 |
| Jury Trial: | 7-16-2012     at 9:15 a.m. |

Phil Lombardi,
Clerk of Court, United States District Court

/s/ D. Holland
By: D. Holland, Deputy Clerk