SEALED  Unsealed 5/11/12 SC

# UNITED STATES DISTRICT COURT
for the
Northern District of Oklahoma

**FILED**
MAY 17 2012
Phil Lombardi, Clerk
U.S. DISTRICT COURT

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 12CR054 CVE |
| CODY ALLEN JONES | ) | |
| | ) | |
| Defendant | | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* **CODY ALLEN JONES**,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 924(a)(1)(A) - False Statement to Federal Firearms Licensee

Date: MAR 05 2012

*Issuing officer's signature*

City and state: Tulsa, Oklahoma

Phil Lombardi, Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 5-5-12, and the person was arrested on *(date)* 5-11-12,
at *(city and state)* Tulsa, OK.

Date: 5-11-12

*Arresting officer's signature*

DUSM Morgan McMahon
*Printed name and title*