IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 12-CR-54-CVE |
| ) | |
| CODY ALLEN JONES, ) | |
| ) | |
| Defendant. ) | |

## ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

I hereby enter my appearance as additional Federal Public Defender counsel in this case for Cody Allen Jones, Defendant.

OFFICE OF THE FEDERAL PUBLIC DEFENDER
Julia L. O'Connell, Federal Public Defender

By:   s/Amanda M. Folsom
      Amanda M. Folsom, OBA #19094
      Assistant Federal Public Defender
      Attorney for the Defendant
      Federal Public Defender's Office
      One West Third Street, Suite 1225
      Tulsa, Oklahoma 74103
      Telephone 918/581-7656

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of May, 2012, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Ms. Janet S. Reincke
Office of the United States Attorney
110 West 7th Street, Suite 300
Tulsa, Oklahoma 74119

                                          s/ Amanda M. Folsom
                                          Amanda M. Folsom