UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

United States of America,

                         Plaintiff,

vs.

Cody Allen Jones,

                         Defendant.

Case Number: 12-CR-054-CVE
Date: 6-21-2012
Court Time: 9:30 a.m.
Actual Court Time: 9:30 a.m. - 9:52 a.m.

**MINUTE SHEET - CHANGE of PLEA**

Claire V. Eagan, U.S. District Judge        D. Holland, Deputy Clerk        Greg Bloxom, Reporter

Counsel for Plaintiff: Janet S. Reincke, AUSA

Counsel for Defendant: Amanda Folsom, FPD

Age of Defendant:  25

Interpreter: N/A

Defendant appears in person:  [x] with Counsel;   [] Counsel waived;   [] w/o Counsel;      Defendant:  [x] Sworn

[x] Defendant's name as reflected in the Indictment is the true and correct legal name & was verified in open court

[x] Defendant acknowledges receipt of Indictment [Dkt. #2]

Defendant waives:  [] Indictment;   [x] Jury Trial;   [] Speedy Trial;   [] 30 Days Preparation;   [] Separate Representation;

                 [x] Waivers approved by Court;

Defendant advised of:  [x] charge and   [] arraigned;   Indictment:  [x] Read   [] Reading waived

[x] Defendant relates facts of charge

[x] Defendant withdraws not guilty plea as to Count 1 of the Indictment & Defendant enters guilty plea as to Count 1 of the Indictment

[] Remaining Count to be dismissed at sentencing:  N/A

[x] Petition to enter plea of Guilty sworn and executed

[x] Findings made

[x] Defendant adjudged guilty as charged as to Count 1 of the Indictment

[x] Petition approved and filed in open Court   [x] PSI ordered

[x] SENTENCING SET:  **10/1/2012 at 9:30 a.m.**

[x] Defendant remanded to custody of U.S. Marshal

[x] In light of the recent Supreme Court rulings in *Missouri v. Frye* and *Lafler v. Cooper*, record made whether Defendant received any more favorable plea offers from the government than this one, and if so, did Defendant understand these offers and refuse them - Attorneys state this is the best offer given to the Defendant and Defendant confirms.

**Additional Minutes:**