# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

United States of America,

        Plaintiff,

vs.

        Case Number: 12-CR-054-CVE

Cody Allen Jones,

        Defendant.

**FILED**
JUN 21 2012
Phil Lombardi, Clerk
U.S. DISTRICT COURT

**WAIVER OF JURY**

    COMES NOW the undersigned defendant, and having been fully apprised of my rights, do hereby WAIVE my SIXTH AMENDMENT RIGHTS to a jury IN ALL RESPECTS both as to guilt or innocence and as to sentencing.

    Accordingly, I hereby CONSENT that all matters in the above styled and numbered criminal proceedings be determined by the Court in accordance with Rule 23, Federal Rules of Criminal Procedure.

_____
Cody Allen Jones, Defendant

_____
Counsel for Defendant

CONSENT OF GOVERNMENT:

_____
Assistant United States Attorney

    Signed and approved in open court this 21st day of June, 2012.

_____
Claire V. Eagan, U.S. District Judge

Waiver of Jury                                                                     CR-10 (8/04)