## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 12-CR-54-CVE |
| | ) | |
| CODY ALLEN JONES, | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF CHANGE OF ADDRESS

To the Clerk of this Court and all parties of record, I hereby give notice of my change of address and phone number to:

Amanda M. Folsom
Attorney at Law
P.O. Box 1401
Jenks, Oklahoma 74037
918.609.3181

Please direct all future notices to the above address.

By:   s/Amanda M. Folsom
     Amanda M. Folsom, OBA #19094
     Attorney for the Defendant
     P.O. Box 1401
     Jenks, Oklahoma 74037
     Telephone: 918.609.3181
     Email: folsomlawtulsa@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of September, 2012, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Ms. Janet S. Reincke
Office of the United States Attorney
110 West 7th Street, Suite 300
Tulsa, Oklahoma 74119

                                              s/ Amanda M. Folsom
                                              Amanda M. Folsom