UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

United States of America,
                              Plaintiff,      Case Number: 12-CR-054-CVE
                                                    Date: 10-1-2012
vs.                                                         Court Time: 9:30 a.m.
                                                         Actual Court Time: 9:32 a.m. - 9:52 a.m.
Cody Allen Jones,
                              Defendant.

**MINUTE SHEET - SENTENCING**

       Claire V. Eagan, U.S. District Judge       D. Holland, Deputy Clerk       Greg Bloxom, Reporter

Counsel for Plaintiff: Jan Reincke, AUSA
Counsel for Defendant: Amanda Folsom, FPD
Probation Officer: Joy Cofffman, USPO                                                      Interpreter: N/A
[x] Defendant appears in person with counsel        [] Counsel waived        [] Contested        [x] Uncontested
[x] Plaintiff & Defendant reviewed PSI:        [] Objs by: [] Pltf [] Deft; [x] No Objs;        [x] Court accepts
[x] 18:3553 Findings re: PSI/Sentence made;        [] Findings re: Plea made
[x] Sentence re: Guideline;        [] Departure: [x] Variance: [] Upward [x] Downward; [x] Findings made
[x] Defendant and counsel asked if they care to say anything before sentence is pronounced, and no cause to the contrary being shown
[x] Defendant's Motion for Downward Variance or Non-Guidelines Sentence [Dkt. #21] - **Granted**

**SENTENCE: As to Count 1 of the Indictment [Dkt. #2]:**
[x] Bureau of Prison for a term of  15 Months running concurrently with any undischarged terms of imprisonment in Tulsa County District Court Cases (CF-2011-3228, CF-2011-3282, CF-2011-414 & CF-2012-0802)
[] Probation for a term of   Not Eligible
[x] Supervised Release for a term of    36 Months
[] Fine:                                     $ Not Imposed
[] Restitution:                          $ N/A
[x] Special Monetary Assessment:     $ 100.00 due immediately

**STANDARD CONDITIONS** as previously adopted by this court including the following additional conditions:
[x] Controlled Substances (shall not illegally possess):    [x] Drug Testing    [] Drug Testing Waived
[x] Firearm, Ammunition, et al. (shall not possess)       [] Special Computer Restriction Conditions
[x] DNA Sample (cooperate with and submit to collection)[] Special Financial Conditions
[x] Alcohol Abstinence Condition                         [x] Special Search and Seizure Conditions
[] Immigration/Naturalization Conditions                  [] Special Sex Offender Conditions
[] Workforce Development Condition                      [x] Special Substance Abuse and Testing Conditions
[x] Mental Health Treatment Conditions                   [x] To include inpatient treatment

*********************************************************************************************
[x] Defendant advised of right to appeal            Court recommends to BOP:
[] Defendant gives oral notice of appeal            [x] Designate a facility located near or in: Tulsa, OK or El Reno, OK
[] Appeal affidavit required                            [x] Any Substance Abuse and Mental Treatment
                                                                  [] Non-Residential Drug Treatment Program

[] Bond exonerated                                  [] Appeal Bond set: $_____ ([] Cash or [] Surety);  [] Findings made
[] Deft to self surrender to designated institution by noon on: _____, U.S.M. to advise of institution;  [] Findings made
[] Remaining counts ordered dismissed: _____N/A_____
[x] Defendant remanded to custody of U.S. Marshal
**Additional Minutes:** Counsel for Defendant orally requests a concurrent sentence - **Granted.**