**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No.   12-CR-054-CVE** |
| | ) | |
| **CODY ALLEN JONES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**ENTRY OF APPEARANCE FOR PLAINTIFF**

Pursuant to Local Rule 83.4, Phil Pinnell, Assistant United States Attorney, appears

on behalf of the plaintiff, United States of America.

Respectfully submitted,

DANNY C. WILLIAMS, SR.
United States Attorney

s/phil pinnell
PHIL PINNELL, OBA #7169
Assistant United States Attorney
110 W. 7th Street, Ste. 300
Tulsa, Oklahoma   74119
(918) 382-2700
fax (918) 560-7948
phil.pinnell@usdoj.gov

## CERTIFICATE OF SERVICE

X     This is to certify that on the 2nd day of October 2012, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

amanda_folsom@fd.org

_____    I hereby certify that on the _____ day of October 2012, I served the foregoing document by mail, proper postage paid on the following, who are not registered participants of the ECF System:

s/traci owens_____
TRACI OWENS
Financial Litigation Agent