Honorable Judge Eagan:

    I apologize for being a bother, but I have an important question that involves the actual length of my sentence. I'm writing you directly because my attorney, Amanda Folsom, recently resigned.

    You imposed my 15 month sentence to run concurrent with my undischarged State Sentence. My attorney advised me that it meant that my Federal Sentence Started the day you imposed it.

    I am hoping that it means my sentence started March 5, 2012, the day my State sentence started or on May 11, 2012 the day I was taken into Federal custody and held on the Federal Warrant.

    I read Section 5B1.3 of the Sentencing Guidelines, and as I understand it, you can modify my sentence to give me credit for the time I've spent in the County jail, With the Federal detainer, as I also served my undischarged State Sentence, which ends on November 5, 2012.

    Therefor, I am respectfully requesting that you please consider modifying my sentence to take into consideration the time I've spent in the county jail, with the Federal detainer on me, so I can get home to my family sooner. My Case # is 12-CR-054-CVE

    Thank you for your consideration and time!

    Respectfully,

    Cody Jones

Cody Jones #153993
300 North Denver Ave
Tulsa, OK 74103

TULSA OK 741

The Honorable Judge C. Eagan
U.S. District Courthouse
333 W. Forth. St.
Tulsa, OK 74103

74103$3839